IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Janet Putnam,<br>    Defendant,<br><br>and<br><br>Community Partnership of<br>Southern Arizona, Inc.,<br>    Garnishee. | Civil No. 99-581-M |

## FINAL ORDER OF CONTINUING GARNISHMENT

On May 7, 2009, a Writ of Continuing Garnishment and Clerk's Notice were issued in the above-captioned action by this Court. The Garnishee was served with copies of the Application, Clerk's Notice and Writ of Continuing Garnishment on May 18, 2009, and the Defendant was served on May 16, 2009. The Garnishee filed an Answer on June 1, 2009, stating that at the time of service of the Writ, it had in its possession, custody or control, personal property, in the form of non-exempt disposable earnings in the bi-weekly amount of $335.65, belonging to and due defendant, Janet Putnam. Pursuant to 28 U.S.C. § 3202(d), Defendant had twenty (20) days to request a hearing after receiving the Notice and Writ. Defendant having failed to request a hearing within the time allowed, it is

ORDERED that Garnishee pay 25% of the Defendant's bi-weekly non-exempt disposable earnings (earnings remaining after all deductions required by law have been withheld) from

May 18, 2009, and thereafter, to plaintiff and continue said payments until the debt to plaintiff is paid in full or until the Garnishee no longer has possession, custody or control of any property belonging to the Defendant or until further Order of this Court. Said payments shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

IT IS FURTHER ORDERED, that Defendant shall keep the United States Attorney's Office currently informed, in writing, of any change in her employment, place of residence, or telephone number. Defendant shall provide such information to the United States Attorney's Office at the address listed above.

SO ORDERED THIS 22nd DAY OF June, 2009.

_____
U.S. District Court Judge

cc: U.S. Attorney's Office
    Janet Putnam
    Community Partnership of
      Southern Arizona, Inc.